# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144190

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DERRICK MITCHELL-EL,
      Defendant-Appellant.

SC: 144190
COA: 305176
Monroe CC: 98-029618-FH;
99-030238-FH

_____/

On order of the Court, the application for leave to appeal the October 7, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

s0716